# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| v. | : | Crim. No. 11-757 |
| LUIS COLON, a/k/a "Mike," a/k/a "Junito" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen P. O'Leary, Assistant United States Attorney, appearing) and Luis Colon, a/k/a "Mike," a/k/a "Junito" (Alexander W. Booth, Esq., counsel for the defendant, appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow transportation of the defendant from the Eastern District of Michigan, the location of his arrest, to the District of New Jersey; and to allow the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant having consented to the continuance in the above-captioned matter; and it appearing that the

defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant was arrested in the Eastern District of Michigan and is undergoing transport to the District of New Jersey; and

2. Plea negotiations currently are in progress, and the United States and the defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary.

3. The defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 10 day of May, 2012

ORDERED that the proceedings in the above-captioned matter are continued from **May 11, 2012 through June 10, 2012**; and

IT IS FURTHER ORDERED that the period between and including **May 11, 2012 through June 10, 2012** shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

_____
Alexander W. Booth, Esq.
Counsel for defendant Colon

_____
Kathleen P. O'Leary
Assistant U.S. Attorney